[No. 42756-7-II.   Division Two.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN N. DEARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00628-9, James J. Stonier, J., entered October 31, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42986-1-II.   Division Two.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA PAUL WILDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00785-0, James W. Lawler, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 43117-3-II.   Division Two.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON WADE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01811-3, Robert A. Lewis, J., entered February 1, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 29677-6-III.   Division Three.   February 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA VIENTO BOJORQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01938-5, David A. Elofson, J., entered January 14, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.